

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **2:24 CR 75** |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| WILLIE WILLIAMS III | ) | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

#### COUNTS 1-32

On or about the following dates, in the Northern District of Indiana,

**WILLIE WILLIAMS III,**

defendant herein, in connection with the acquisition of firearms from the following firearms dealers, who are licensed dealers of firearms within the meaning of provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to the following firearms dealers, which statement was intended and likely to deceive the following firearms dealers with respect to a fact material to the lawfulness of the sale of such firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, on the following dates, to the effect that his current state of residence and address was 5610 Massachusetts Street, Merrillville, Indiana, whereas in truth and in fact, he knew that his current address was not 5610

1

Massachusetts Street, Merrillville, Indiana;

All in violation of Title 18, United States Code, Section 922(a)(6).

| COUNT | DATE | FIREARMS DEALER |
|---|---|---|
| 1 | December 19, 2019 | FFL # 1 |
| 2 | December 20, 2019 | FFL # 2 |
| 3 | March 27, 2020 | FFL # 1 |
| 4 | April 29, 2020 | FFL # 1 |
| 5 | July 9, 2020 | FFL # 2 |
| 6 | December 24, 2020 | FFL # 1 |
| 7 | January 1, 2021 | FFL # 2 |
| 8 | January 7, 2021 | FFL # 2 |
| 9 | January 16, 2021 | FFL # 1 |
| 10 | February 15, 2021 | FFL # 3 |
| 11 | March 19, 2021 | FFL # 1 |
| 12 | April 22, 2021 | FFL # 3 |
| 13 | April 23, 2021 | FFL # 4 |
| 14 | April 23, 2021 | FFL # 1 |
| 15 | June 4, 2021 | FFL # 1 |
| 16 | July 22, 2021 | FFL # 3 |
| 17 | July 28, 2021 | FFL # 3 |
| 18 | August 7, 2021 | FFL # 5 |

| 19 | August 13, 2021    | FFL # 1 |
|----|--------------------|---------|
| 20 | September 24, 2021 | FFL # 1 |
| 21 | November 29, 2021  | FFL # 5 |
| 22 | March 10, 2022     | FFL # 1 |
| 23 | April 4, 2022      | FFL # 1 |
| 24 | April 9, 2022      | FFL # 6 |
| 25 | May 31, 2022       | FFL # 5 |
| 26 | May 31, 2022       | FFL # 1 |
| 27 | June 23, 2023      | FFL # 1 |
| 28 | December 5, 2023   | FFL # 3 |
| 29 | December 9, 2023   | FFL # 5 |
| 30 | December 14, 2023  | FFL # 5 |
| 31 | February 17, 2024  | FFL # 5 |
| 32 | March 12, 2024     | FFL # 5 |

## THE GRAND JURY FURTHER CHARGES:

### COUNTS 33-64

On or about the following dates, in the Northern District of Indiana,

### WILLIE WILLIAMS III,

defendant herein, knowingly made a false statement and representation to the following firearms dealers, who are licensed dealers of firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of said firearms dealers, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that his current state of residence and address was 5610 Massachusetts Street, Merrillville, Indiana, whereas in truth and in fact, he knew that his current address was not 5610 Massachusetts Street, Merrillville, Indiana;

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

| COUNT | DATE | FIREARMS DEALER |
|---|---|---|
| 33 | December 19, 2019 | FFL # 1 |
| 34 | December 20, 2019 | FFL # 2 |
| 35 | March 27, 2020 | FFL # 1 |
| 36 | April 29, 2020 | FFL # 1 |

| 37 | July 9, 2020 | FFL # 2 |
|---|---|---|
| 38 | December 24, 2020 | FFL # 1 |
| 39 | January 1, 2021 | FFL # 2 |
| 40 | January 7, 2021 | FFL # 2 |
| 41 | January 16, 2021 | FFL # 1 |
| 42 | February 15, 2021 | FFL # 3 |
| 43 | March 19, 2021 | FFL # 1 |
| 44 | April 22, 2021 | FFL # 3 |
| 45 | April 23, 2021 | FFL # 4 |
| 46 | April 23, 2021 | FFL # 1 |
| 47 | June 4, 2021 | FFL # 1 |
| 48 | July 22, 2021 | FFL # 3 |
| 49 | July 28, 2021 | FFL # 3 |
| 50 | August 7, 2021 | FFL # 5 |
| 51 | August 13, 2021 | FFL # 1 |
| 52 | September 24, 2021 | FFL # 1 |
| 53 | November 29, 2021 | FFL # 5 |
| 54 | March 10, 2022 | FFL # 1 |
| 55 | April 4, 2022 | FFL # 1 |
| 56 | April 9, 2022 | FFL # 6 |
| 57 | May 31, 2022 | FFL # 5 |
| 58 | May 31, 2022 | FFL # 1 |

| 59 | June 23, 2023 | FFL # 1 |
| 60 | December 5, 2023 | FFL # 3 |
| 61 | December 9, 2023 | FFL # 5 |
| 62 | December 14, 2023 | FFL # 5 |
| 63 | February 17, 2024 | FFL # 5 |
| 64 | March 12, 2024 | FFL # 5 |

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON


CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY


By: */s/ Patrick D. Grindlay*
Patrick D. Grindlay
Special Assistant United States Attorney